**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6291 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | |
| Chicago Police Officers C. Bratek, Star No. 8077, | ) | Magistrate Judge Cole |
| and T. Martin, Star No. 12928, Individually, | ) | |
| | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS' AGREED MOTION
FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES
TO PLAINTIFF'S COMPLAINT INSTANTER**

Defendants Christopher Bratek and Timothy Martin ("Defendants"),  by one of their attorneys, Anne K. Preston, Assistant Corporation Counsel, request leave to file their Answer, Affirmative Defenses, and Jury Demand, to Plaintiff's Complaint, *instanter*, and state as follows:

1. Defendant Officers Bratek and Martin executed waivers of service of summons; Defendants' answer was due on or about January 7, 2008.

2.  Due to the fact that the undersigned was out of the office January 7-11, 2008 and due to some matters that arose in other cases, the undersigned attorney was unable to file Defendants' Answer, Affirmative Defenses, and Jury Demand to Plaintiff's Complaint on January 7, 2008.

3. Defendants ask leave of court to file their Answer, Affirmative Defenses, 12(b)(6) Defenses and Jury Demand, a copy of which is attached to this motion, instanter.

4.  Plaintiff's attorney has no objection to Defendants Officers' Agreed Motion for Leave to File Their Answer and Defenses to Plaintiff's Complaint Instanter.

1

WHEREFORE, Defendants Christopher Bratek and Timothy Martin request leave to file their Answer, Affirmative Defenses, and Jury Demand to Plaintiff's Complaint, instanter.

Respectfully submitted,


/s/ Anne K. Preston
Anne K. Preston
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois   60602
312-742-4045
Attorney No. 6287125

2

## <u>CERTIFICATE OF SERVICE</u>

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above

and foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICERS' AGREED MOTION**

**FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES TO PLAINTIFF'S**

**COMPLAINT INSTANTER ,** to be sent via e-filing to the person named in the foregoing

Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on January 15,

2008, in accordance with the rules on electronic filing of documents.

  /s/ Anne K. Preston
ANNE K. PRESTON
Assistant Corporation Counsel