## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Anthony Walters
                    Plaintiff,
v.                                              Case No.: 1:07−cv−06291
                                                Honorable David H. Coar
C. Bratek, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

    MINUTE entry before Judge David H. Coar :MOTION by Defendants C. Bratek, T. Martin for leave to file answers and defenses instanter [9] is granted. Parties need not appear on the noticed motion date of 1/31/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.