## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Anthony Walters

                    Plaintiff,

v.                                                      Case No.: 1:07–cv–06291
                                                             Honorable David H. Coar

C. Bratek, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge David H. Coar :Rule 16(b) set for 1/31/2008 is stricken and no one should appear on 1/31/2008. Rule 16(b) Scheduling Conference reset for 2/19/2008 at 09:00 A.M.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.