## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6291 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Walters vs. Bratek, et al | | |

**DOCKET ENTRY TEXT**

This matter came before the Court on 2/19/2008 and the attorney for the defendant, Ann Preston only appeared. This action is dismissed for want of prosecution. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|