IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WALTERS ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6291 |
| ) | |
| vs. ) | JUDGE COAR |
| ) | |
| Chicago Police Officers C. Bratek, Star No. 8077, ) | |
| and T. Martin, Star No. 12928, ) | |
| Individually, ) | |
| ) | |
| Defendants, ) | |

**NOTICE OF MOTION**

TO:   Anne Preston, Asst. Corp. Counsel, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

   PLEASE TAKE NOTICE, that on the **25th day of February, 2008, at 9:00 a.m**., I shall appear before **Judge Coar** in the courtroom where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Plaintiff's Motion To Vacate Dismissal For Want of Prosecution.**

                                        s/Garrett Browne
                                        Garrett Browne
                                        ED FOX & ASSOCIATES
                                        300 West Adams, Suite 330
                                        Chicago, IL 60606
                                        (312) 345-8877
                                        gbrowne@efox-law.com


**CERTIFICATE OF SERVICE**

   I hereby certify that on February 19, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                        s/Garrett Browne
                                        Garrett Browne
                                        ED FOX & ASSOCIATES
                                        300 West Adams, Suite 330
                                        Chicago, IL 60606
                                        (312) 345-8877
                                        gbrowne@efox-law.com