IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6291 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| Chicago Police Officers C. Bratek, Star No. 8077, | ) | Magistrate Judge Cole |
| and T. Martin, Star No. 12928, Individually, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Garrett Browne
       Ed Fox & Associates
       300 W. Adams
       Suite 330
       Chicago, IL  60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 25th day of February, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 20th day of February, 2008.

                                                    Respectfully submitted,

                                                    /s/ Anne K. Preston
                                                    ANNE K. PRESTON
                                                    Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 6287125