## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **ANTHONY WALTERS** ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6291 |
| ) | |
| vs. ) | JUDGE COAR |
| ) | |
| Chicago Police Officers C. Bratek, Star No. 8077, ) | |
| and T. Martin, Star No. 12928, ) | |
| Individually, ) | |
| ) | |
| Defendants, ) | |

### NOTICE OF FILING

**TO:**   Anne Preston, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

    **PLEASE TAKE NOTICE** that on February 20, 2008, the undersigned electronically filed with the Clerk of this Court, the **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER** service of which is being made upon you.

                                            S/Garrett Browne
                                              Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

                                          /s/Garrett Browne
                                          Garrett Browne
                                          ED FOX & ASSOCIATES
                                          300 West Adams, Suite 330
                                          Chicago, IL 60606
                                          (312) 345-8877
                                          gbrowne@efox-law.com

1