## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY WALTERS** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6291 |
| | ) | |
| | ) | |
| vs. | ) | JUDGE COAR |
| | ) | |
| Chicago Police Officers C. Bratek, Star No. 8077, | ) | |
| and T. Martin, Star No. 12928, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants, | ) | |

### NOTICE OF FILING

TO:   Anne Preston, Suite 1400, 30 N. LaSalle St., Chicago, IL. 60602

  **PLEASE TAKE NOTICE** that on February 20, 2008, the undersigned electronically filed with the Clerk of this Court, the **Report of Parties' Planning Conference and Proposed Scheduling Order** service of which is being made upon you.

  S/Garrett Browne
  Garrett Browne

ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

### CERTIFICATE OF SERVICE

  I hereby certify that on February 20, 2008, I filed and served the foregoing with the Clerk of the Court using the Cm/EMF system.

  /s/Garrett Browne
  Garrett Browne
  ED FOX & ASSOCIATES
  300 West Adams, Suite 330
  Chicago, IL 60606
  (312) 345-8877
  gbrowne@efox-law.com