UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Anthony Walters
                    Plaintiff,

v.                                        Case No.: 1:07−cv−06291
                                              Honorable David H. Coar

C. Bratek, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 25, 2008:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 2/25/2008 regarding motion for protective order [17], motion to vacate[15]. Plaintiff's Motion to vacate order of dismissal is granted, case is reinstated. Motion for protective order [17] is granted − the Court will enter the proposed order. The Court adopts the proposed schedule and the following schedule is entered: All disclosures required by Rule 26(a)(1) shall be made on or before 2/21/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 3/31/2008. Discovery is ordered closed on 7/21/2008. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 8/21/2008. The parties may depose the other side' s expert at any time prior to 9/22/2008. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 10/21/2008. The parties may depose the opposing party's rebuttal expert by 11/21/2008. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Dispositive motions with supporting memoranda due by 8/21/2008 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 11/21/2008. Final Pretrial Conference set for 12/5/2008 at 10:30 AM. Jury Trial set for 12/15/2008 at 10:00 AM. The parties are directed to review this Court39;s standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.