Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6291 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Anthony Walters vs. Chicago Police Officer C. Bratek, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation to Dismiss, All claims of plaintiff, against defendants are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.    ENTER AGREED ORDER OF DISMISSAL.  Any pending motions and or scheduling dates are stricken and terminated.  Civil case terminated

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

2008 JUL 16 PM 6: 37

FILED-EDI