

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6291 |
| ) | |
| Chicago Police Officers C. Bratek, Star No. ) | Judge Coar |
| 8077, and T. Martin, Star No. 12928, ) | |
| Individually, ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Anthony Walters, by one of his attorneys, Garrett Browne, and defendants, Christopher Bratek and Timothy Martin, by one of their attorneys, Gail Reich, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Anthony Walters, against defendants, Christopher Bratek and Timothy Martin, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.

Gail Reich
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06279564

ENTER: _____
The Honorable David H. Coar
United States District Judge

DATED: July 16, 2008